PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE CALVIN WILLIAMS,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendants. | Case No. 1:15-cv-01347 DAD JLT<br><br>STIPULATION TO SCHEDULE SETTLEMENT CONFERENCE; [PROPOSED] ORDER<br><br>(Doc. 29) |

   Plaintiff Frankie Calvin Williams ("Plaintiff"), and Defendant United States ("Defendant"), (collectively "the parties"), stipulate, by and through their undersigned counsel, to schedule a settlement conference with a magistrate judge.

   Pursuant to the Status (Pre-Trial Scheduling) Order, no settlement conference was originally scheduled.  The parties hereby stipulate that a settlement conference be heard before the Honorable Jennifer L. Thurston on October 21, 2016 at 9:30 a.m. in Bakersfield, California.

   Accordingly, the parties stipulate and agree to the settlement conference being heard before the Honorable Jennifer L. Thurston on October 21, 2016 at 9:30 am. in Bakersfield, California.  The parties request the court to endorse this stipulation by way of formal order.

                                                        Respectfully submitted,

Dated:  October 4, 2016                                 PHILLIP A. TALBERT
                                                        Acting United States Attorney

|  |  |
|---|---|
| By: | /s/Jeffrey J. Lodge |
|  | JEFFREY J. LODGE |
|  | Assistant U.S. Attorney |
|  | Attorneys for the United States |

Dated:  October 4, 2016                                           CHAIN COHN STILES

|  |  |
|---|---|
| By: | /s/Matthew C. Clark |
|  | MATTHEW C. CLARK |
|  | Attorneys for Plaintiff |

[PROPOSED] ORDER

Having reviewed the stipulation submitted by the parties, the settlement conference will be heard before the Honorable Jennifer L. Thurston on October 21, 2016 at 9:30 a.m. in Bakersfield, California. The parties are advised that the Confidential Settlement Conference Statements are to be submitted to Judge Thurston one week prior to the settlement conference, or October 14, 2016. They will be submitted via e-mail to jltorders@caed.uscourts.gov. Confidential Settlement Conference Statements are not to be filed with the court.

IT IS SO ORDERED.

Dated:   **October 4, 2016**                            **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE