PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE CALVIN WILLIAMS, | Case No. 1:15-cv-01347 DAD JLT |
| Plaintiff, | STIPULATION TO ALLOW THE DEPOSITION OF DR. COPPOLA; [~~PROPOSED~~] ORDER |
| v. | |
| UNITED STATES OF AMERICA, | (Doc. 33) |
| Defendants. | |

Plaintiff Frankie Calvin Williams ("Plaintiff"), and Defendant United States ("Defendant"), (collectively "the parties"), stipulate, by and through their undersigned counsel, and request that the time to take the deposition of Dr. Alfred Coppola be extended past the discovery cutoff of November 21, 2016.

The United States requested deposition dates for Dr. Coppola, Plaintiff's treating phsycian, since at least September 21, 2016.  Deposition dates were not immediately provided because the parties attempted a settlement conference with the Court on October 21, 2016, which was not successful.  Afterward, the Plaintiff indicated that he would notice the deposition of Dr. Coppola and, in fact, on October 31, 2016, set the deposition for November 17, 2016.  On or about Monday, November 14, 2016, plaintiff's counsel became aware that Dr. Coppola did not wish to have his deposition on that date.  This lead to Plaintiff's decision to withdraw the deposition notice, and a meet and confer between the parties pursuant to Rule 37 of the Federal Rules of Civil Procedure.  The

parties would like to accommodate Dr. Coppola's schedule and take his deposition at a time more convenient to him, but the discovery cutoff is November 21, 2016.

Accordingly, the parties stipulate and agree that they should be allowed to take Dr. Coppola's deposition within the next 60 days, which is enough flexibility to account for the holidays and Dr. Coppola's schedule.  This is not a material alteration of the scheduling order and no other adjustments to the schedule or the order are contemplated.  The parties request the court to endorse this stipulation by way of formal order.

                                                 Respectfully submitted,

Dated:  November 17, 2016              PHILLIP A. TALBERT
                                                 Acting United States Attorney

                                       By:     /s/Jeffrey J. Lodge
                                                   JEFFREY J. LODGE
                                                   Assistant U.S. Attorney
                                                   Attorneys for the United States

Dated:  November 17, 2016              CHAIN COHN STILES

                                       By:     /s/Matthew C. Clark
                                                   MATTHEW C. CLARK
                                                   Attorneys for Plaintiff

[<s>PROPOSED</s>] ORDER

Having reviewed the stipulation submitted by the parties, the parties SHALL take the deposition of Dr. Coppola, if at all, no later than January 16, 2017.  No other amendments to the case schedule are authorized.

IT IS SO ORDERED.

    Dated:  **November 17, 2016**                  **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE