PHILLIP A. TALBERT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE CALVIN WILLIAMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Case No. 1:15-cv-01347-DAD-JLT<br><br>STIPULATION AND ORDER TO ADVANCE THE PRE-TRIAL CONFERENCE |

　　　　Defendant United States ("Defendant"), and Plaintiff Frankie Calvin Williams ("Plaintiff"), (collectively "the parties"), stipulate, by and through their undersigned counsel, to advance the pre-trial conference.

　　　　Pursuant to the Status (Pre-Trial Scheduling) Order and the subsequent minute order, the pre-trial conference was set for April 24, 2017, at 1:30 p.m. before the Hon. Dale A. Drozd.  Doc. 23, 25.  The parties hereby stipulate that the pre-trial conference may be advanced to April 17, 2017, at 1:30 p.m. before the Honorable Dale A. Drozd in Fresno, California.  The parties agree that the joint pre-trial statement shall be filed on April 10, 2017.  No other deadlines will change.  The trial date shall remain unchanged.

///

///

///

///

1

The parties request the court to endorse this stipulation by way of formal order.

Respectfully submitted,

Dated:  March 21, 2017					PHILLIP A. TALBERT
								United States Attorney


							By:	/s/Jeffrey J. Lodge
								JEFFREY J. LODGE
								Assistant U.S. Attorney
								Attorneys for the United States


Dated:  March 21, 2017					CHAIN COHN STILES


							By:	/s/Matthew C. Clark
								MATTHEW C. CLARK
								Attorneys for Plaintiff

## **ORDER**

Having reviewed the stipulation submitted by the parties, the pre-trial conference currently scheduled for April 24, 2017 at 1:30 p.m. will be advanced to April 17, 2017 at 1:30 p.m.  The joint pre-trial conference statement shall be filed on April 10, 2017.  All other dates remain the same.

IT IS SO ORDERED.

   Dated:   **March 21, 2017**			_____
								UNITED STATES DISTRICT JUDGE