# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANKIE CALVIN WILLIAMS, | ) | Case No.: 1:15-cv-01347 DAD JLT |
| Plaintiff, | ) ) | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) ) | (Doc. 37) |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) | |

On April 7, 2017, the plaintiff filed a notice that the matter has settled. (Doc. 37) Therefore, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than May 12, 2017;

2. All pending dates, conferences and hearings are **VACATED** and the motion for summary judgment is **MOOT**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:  **April 10, 2017**                              **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE