PHILLIP A. TALBERT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE CALVIN WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:15-cv-01347-DAD-JLT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ~~PROPOSED~~ ORDER CLOSING CASE** |

Pursuant to the terms of a written settlement and Rule 41(a) of the Rules of Civil Procedure, the parties hereby stipulate that the Complaint filed on September 2, 2015, be dismissed with prejudice, each party to bear their own attorney fees and costs.

IT IS SO STIPULATED.

Dated: May 11, 2017                    PHILLIP A. TALBERT
                                       United States Attorney

                              By:      /s/Jeffrey J. Lodge
                                       JEFFREY J. LODGE
                                       Assistant U.S. Attorney
                                       Attorneys for the United States

Dated: May 11, 2017                    CHAIN COHN STILES

                                       (As authorized 05/11/17)
                              By:      /s/Matthew C. Clark
                                       MATTHEW C. CLARK
                                       Attorneys for Plaintiff

|   | **[PROPOSED] ORDER** |
|---|---|

As noted above, the parties have stipulated to dismiss this action with prejudice and with each party to bear their own attorney fees and costs. (Doc. 39)  The stipulation relies on Fed. R. Civ.P. 41(a) which provides, "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Thus, the Clerk of Court is DIRECTED to close this action in light of the stipulation signed pursuant to Rule 41(a).

IT IS SO ORDERED.

    Dated:   **May 11, 2017**                       **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE